O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA LYNN HALLACK, | ) | Case No. CV 11-06698 DDP (JCx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING MOTION TO DISMISS** |
| | ) | |
| CHASE BANK, NA FORMERLY | ) | |
| KNOWN AS WASHINGTON MUTUAL | ) | |
| BANK, FA; FIDELITY NATIONAL | ) | [Motion filed on 8/19/11] |
| TITLE INSURANCE COMPANY; | ) | |
| MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, INC. | ) | |
| "MERS", | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

     Presently before the court is the Motion to Dismiss
Plaintiff's Complaint filed by Defendants JPMorgan Chase Bank, NA
and Mortgage Electronic Registration Systems, Inc.  Because
Plaintiff has not filed an opposition, the court GRANTS the motion.

     Central District of California Local Rule 7-9 requires an
opposing party to file an opposition to any motion at least twenty-
one (21) days prior to the date designated for hearing the motion.
C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that
"[t]he failure to file any required paper, or the failure to file

1   it within the deadline, may be deemed consent to the granting or

2   denial of the motion."  C.D. Cal. L.R. 7-12.

3        The hearing on Defendant's motion was set for September 19,

4   2011.  Plaintiff's opposition was therefore due by August 29, 2011.

5   As of the date of this Order, Plaintiff has not filed an

6   opposition, or any other filing that could be construed as a

7   request for a continuance.  Accordingly, the court deems

8   Plaintiff's failure to oppose as consent to granting the motion to

9   dismiss, and GRANTS the motion.  In addition, the Scheduling

10  Conference set for October 31, 2011 is vacated.

11

12  IT IS SO ORDERED.

13

14

15  Dated: September 19, 2011

                                    DEAN D. PREGERSON
16                                  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28